UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRENDON FOSTER,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAMORINO, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 3:25-cv-00290-MMD-CLB<br><br>**ORDER** |

　　　　On June 9, 2025, Plaintiff Brendon Foster, an inmate at the Humboldt County Detention Center, submitted an unsigned and untitled document. (ECF No. 1-1). Plaintiff's initiating document is not a complaint. And Plaintiff has not paid the $405 filing fee or filed an application to proceed *in forma pauperis* for this action. Plaintiff must correct these defects to proceed with this action.

　　　　Specifically, Plaintiff must file a signed complaint on this Court's approved form. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

　　　　Plaintiff also must either pay the filing fee or file an application to proceed *in forma pauperis*. The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a

completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that Plaintiff has **until August 12, 2025**, to file a signed complaint on this Court's approved form.

It is further ordered that Plaintiff has **until August 12, 2025**, to either pay the full $405 filing fee or file a completed application to proceed *in forma pauperis* with all three required documents.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a signed complaint and address the matter of the filing fee.

The Clerk of the Court is directed to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint with instructions and the approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: June 13, 2025

_____
UNITED STATES MAGISTRATE JUDGE