# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDON FOSTER, | Case No. 3:25-CV-00290-MMD-CLB |
| Plaintiff, | **ORDER TO CHANGE ADDRESS** |
| v. | |
| CAMOIRANO, *et al.*, | |
| Defendants. | |

On April 20, 2026, the Court issued an order directing Plaintiff Brendon Foster ("Foster") to fill out and return the necessary forms to have the U.S. Marshals serve the Defendants in this case. (ECF No. 7.) A copy of the Court's order was sent to Foster at the Humboldt County Detention Center. (ECF No. 9.) However, on May 8 the order was returned as undeliverable with a notation that Foster was "not here." (*Id.*) Pursuant to Local Rule IA 3-1, Foster is required to file with the Court written notification of any change of mailing address, which he has not done.

**IT IS THEREFORE ORDERED** that Foster shall file his notice of change of address with the Court by **Friday, June 26, 2026**, and failure to do so will result in a recommendation that this action be dismissed.

**IT IS FURTHER ORDERED** that this case is hereby **STAYED** in its entirety until Foster files a notice of change of address.

**DATED**: May 11, 2026 _____.

_____
**UNITED STATES MAGISTRATE JUDGE**